IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Timothy J. Yanc          BK NO. 24-00520 HWV

Debtor(s)

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of MIDFIRST BANK and index same on the master mailing list.

    Respectfully submitted,

/s/ Michael Farrington

Michael Farrington
11 Apr 2024, 13:43:36, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322

Case 1:24-bk-00520-HWV    Doc 14    Filed 04/11/24    Entered 04/11/24 15:44:34    Desc
Document ID: 0b393caaefebef95e06a065b1decd4f7e72e9a7a2b8d06985c168fac26bdb7f6
Main Document      Page 1 of 1