UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: TIMOTHY J. YANC      CHAPTER 13

         Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE      CASE NO: 1-24-00520-HWV
         Movant
vs.
TIMOTHY J. YANC

         Respondent(s)

### TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on June 5, 2024, Jack N. Zaharopoulos, Standing Chapter 13 Trustee, through his attorney, Douglas R. Roeder, Esquire, and moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case for the following reason(s):

1) A Petition under Chapter 13 was filed on March 4, 2024.

2) The Debtor has not filed the following items or a motion for extension of time to file same pursuant to F.R.B.P. 1007(c).

   **- Form 122C-1 CHAPTER 13 STATEMENT OF CURRENT MONTHLY INCOME AND CALCULATION OF COMMITMENT PERIOD**
   **- Form 122C-2 CHAPTER 13 CALCULATION OF YOUR DISPOSABLE INCOME**
   **- CHAPTER 13 PLAN**

3) If upon receipt of this Motion and the Notice, Debtors file the missing documents on or before the response date specified on said notice, the Motion shall be deemed withdrawn and moot.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case.

     Respectfully submitted,

     /s/ Douglas R. Roeder, Esquire
     ID: 80016
     Attorney for Movant
     Jack N. Zaharopoulos
     Standing Chapter 13 Trustee
     Suite A, 8125 Adams Drive
     Hummelstown, PA 17036
     Phone: (717) 566-6097
     email: droeder@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   TIMOTHY J. YANC                    CHAPTER 13

                                            CASE NO: 1-24-00520-HWV

# NOTICE

NOTICE IS HEREBY GIVEN THAT The debtor(s) filed a Chapter13 Bankruptcy Petition on March 4, 2024.

Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file required documents indicated below.

- **Form 122C-1 CHAPTER 13 STATEMENT OF CURRENT MONTHLY INCOME AND CALCULATION OF COMMITMENT PERIOD**
- **Form 122C-2 CHAPTER 13 CALCULATION OF YOUR DISPOSABLE INCOME**
- **CHAPTER 13 PLAN**

A hearing with the Court has been scheduled for:

Sylvia H. Rambo United States Courthouse          Date:  July 24, 2024
Bankruptcy Courtroom 4B
1501 North 6th Street                             Time:  09:35 AM
Harrisburg, PA 17102

Any objection/response to the Trustee's Motion to Dismiss must be filed and served on or before: **June 19, 2024**. If Debtor(s) file the missing documents on or before the stated response date, the Motion shall be deemed withdrawn and moot.

Additionally, if you file and serve an objection/response within the time period, a hearing will be held on the above date. If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the Motion without further notice or hearing, and may grant the relief requested.

Dated:   June 5, 2024                    Respectfully submitted,

                                         /s/   Douglas R. Roeder, Esquire
                                         ID:  80016
                                         Attorney for Movant
                                         Jack N. Zaharopoulos
                                         Standing Chapter 13 Trustee
                                         Suite A, 8125 Adams Drive
                                         Hummelstown, PA 17036
                                         Phone:  (717) 566-6097
                                         email:  info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   TIMOTHY J. YANC                           CHAPTER 13

                 Debtor(s)                         CASE NO: 1-24-00520-HWV

**CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on June 5, 2024, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

Served electronically

PAUL H YOUNG, ESQUIRE
3554 HULMEVILLE ROAD
SUITE 102
BENSALEM, PA 19020

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
BOX 302
HARRISBURG, PA 17102

Served by First Class mail

TIMOTHY J. YANC
177 TORY CIRCLE
ENOLA, PA 17025

I certify under penalty of perjury that the foregoing is true and correct.

Date:  June 5, 2024                  /s/  Vickie Williams
                                     Office of the Standing Chapter 13 Trustee
                                     Jack N. Zaharopoulos
                                     Suite A, 8125 Adams Dr.
                                     Hummelstown, PA  17036
                                     Phone:  (717) 566-6097
                                     email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: TIMOTHY J. YANC

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
Movant

vs.

TIMOTHY J. YANC

Respondent(s)

CHAPTER 13

CASE NO: 1-24-00520-HWV

**ORDER DISMISSING CASE**

Upon consideration of the Trustee's Motion to Dismiss, it is hereby ORDERED that the above-captioned bankruptcy be and hereby is DISMISSED. The Court retains jurisdiction to rule on any timely filed fee application.