United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 24-00520-HWV
Timothy J. Yanc  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2
Date Rcvd: Jun 05, 2024      Form ID: ntnew341      Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Timothy J. Yanc, 177 Tory Circle, Enola, PA 17025-2679 |
| 5600115 | + | Kimberly A. Bonner, Esquire, 555 Gettysburg Pike, Ste C400, Mechanicsburg, PA 17055-5207 |
| 5612043 | + | Orion Portfolio Services, LLC, 14245 Saint Francis Blvd Ste 105, Ramsey, MN 55303-6137 |
| 5600818 | | U.S. Department of Housing and Urban Development, 12th Floor 801 Market Street, Philadelphia, PA 19107 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5602217 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 05 2024 18:49:35 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5600118 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 05 2024 18:49:16 | Lvnv Funding/Resurgent Capital, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 5600116 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 05 2024 18:49:14 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5600120 | + | Email/Text: bankruptcy@marinerfinance.com | Jun 05 2024 18:40:00 | Mariner Finance, LLC, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5600121 | + | Email/Text: bankruptcy@marinerfinance.com | Jun 05 2024 18:40:00 | Mariner Finance, LLC, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5616893 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jun 05 2024 18:49:33 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 5600123 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jun 05 2024 18:49:53 | Midland Mortgage Co, Pob 268959, Oklahoma City, OK 73126-8959 |
| 5600122 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Jun 05 2024 18:49:32 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 5604562 | + | Email/PDF: cbp@omf.com | Jun 05 2024 18:49:56 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 5600124 | + | Email/PDF: cbp@omf.com | Jun 05 2024 18:49:56 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 5600127 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 05 2024 18:49:14 | Portfolio Recovery Associates, LLC, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 5600125 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 05 2024 18:49:14 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 5616327 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 05 2024 18:49:56 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |

| Recip ID | | | |
|---|---|---|---|
| 5600129 | ^ MEBN | Jun 05 2024 18:35:35 | Trident Asset Management, Attn: Bankruptcy, Po Box 888424, Atlanta, GA 30356-0424 |
| 5600130 | ^ MEBN | Jun 05 2024 18:35:37 | Trident Asset Management, 10375 Old Alabama Road Co, Alpharetta, GA 30022-1119 |

TOTAL: 15

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5600119 | * | Lvnv Funding/Resurgent Capital, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 5600117 | *+ | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5600128 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 5600126 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2024         Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor MIDFIRST BANK mfarrington@kmllawgroup.com |
| Paul H. Young | on behalf of Debtor 1 Timothy J. Yanc ykaecf@gmail.com lesliebrown.paralegal@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>Timothy J. Yanc,<br>**Debtor 1** | Chapter 13<br><br>Case No. 1:24−bk−00520−HWV |

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 890 248 6951, Click on Join using passcode 9568534732, or call 1−267−552−4885<br><br>For additional meeting information go to https://www.justice.gov/ust/moc | Date: August 1, 2024<br><br>Time: 08:30 AM |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: RyanEshelman, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: June 5, 2024 |

ntnew341 (09/23)